AO 120 (Rev. 08/10)  (CAND version 7/18)

| | |
|---|---|
| **Do not mail; see e-filing instructions at bottom of page.**<br>TO:<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450**<br>Mail Stop 8 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Northern District of California   on the following ...

☑ Trademarks or      ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:20-cv-7668 | DATE FILED<br>10/30/2020 | U.S. DISTRICT COURT<br>for the Northern District of California |
|---|---|---|
| PLAINTIFF<br><br>DELICATO VINEYARDS, a California corporation | | DEFENDANT<br><br>ALEXA COHN, KATIE BARRY, and ANDREW COHN,<br>individuals, d/b/a BOTA BACKPACK |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,519,182 | 9/14/2017 | Delicato Vineyards |
| 2 | 4,606,926 | 7/26/2013 | Delicato Vineyards |
| 3 | 4,581,650 | 7/26/2013 | Delicato Vineyards |
| 4 | 4,693,255 | 11/19/2013 | Delicato Vineyards |
| 5 | 5,922,942 | 11/26/2019 | Alexa Cohn, Katie Barry, and Andrew Cohn |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**