# EXHIBIT A

**COMMISSIONERS**
DOUG LITTLE – Chairman
BOB STUMP
BOB BURNS
TOM FORESE
ANDY TOBIN



**JODI JERICH**
Executive Director

**PATRICIA L. BARFIELD**
Director
Corporations Division

## ARIZONA CORPORATION COMMISSION

October 4, 2016

ANDREW ABRAHAM
BURCH & CRACCHIOLO PA
702 E OSBORN RD STE 200
PHOENIX, AZ   85014

RE: FEMME BOTA, LLC
File Number: L21274423

We are pleased to notify you that the Articles of Organization for the above-referenced entity HAVE BEEN APPROVED.

You must publish a Notice of the filing of your Articles of Organization or, alternatively, you may publish the Articles of Organization in their entirety. For your convenience, we have provided a Notice form that you can complete and submit to the newspaper of your choice.  The publication must be in a newspaper of general circulation in the county of the known place of business in Arizona for three consecutive publications.  Publication must be completed WITHIN 60 DAYS after October 4, 2016, which is the date the document was approved for filing by the Commission.  A list of newspapers is available on the Commission website, http://www.azcc.gov/Divisions/Corporations/Newspaper-list-for-publishing.pdf.

The limited liability company may be subject to administrative dissolution if it fails to publish. You will receive an Affidavit of Publication from the newspaper, and you may file it with the Commission.

We strongly recommend that you periodically monitor your company's record with the Commission, which can be viewed at http://ecorp.azcc.gov. If you have questions or need further information, please contact us at (602) 542-3026 in Phoenix, or Toll Free (Arizona Residents only) at 1-800-345-5819.

Take our online customer service survey at www.azcc.gov/divisions/Corporations.

LL:13
REV. 01/2009

Exhibit A

AZ Corp. Commission

05677316

**AZ CORPORATION COMMISSION
FILED**

SEP 3 0 2016

FILE NO. L-21274423

**ARTICLES OF ORGANIZATION
OF
FEMME BOTA, LLC**

A.R.S. §29-632

1. **Name.** The name of the limited liability company is:

   Femme Bota, LLC

2. **Known Place of Business.** The address of the company's known place of business in Arizona is:

   702 E. Osborn Road, #200
   Phoenix, AZ 85014

3. **Statutory Agent.** The name and street address of the statutory agent of the company is:

   Andrew Abraham
   Burch & Cracchiolo, P.A.
   702 E. Osborn Road, Suite 200
   Phoenix, AZ 85014

**Acceptance of Appointment by Statutory Agent**

I, Andrew Abraham, having been designated to act as Statutory Agent, hereby consent to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

*/s/ Andrew Abraham*
Andrew Abraham

4. **Dissolution.** The company shall have a perpetual duration.

1

Exhibit A

5. <u>Management</u>. Management of the limited liability company is vested in a manager or managers. The name and address of each person who is a manager and each member who owns twenty percent or greater interest in the capital or profits of the limited liability company are:

Name: Alexa Cohn
Address: 2090 Broadway St., Unit 304
San Francisco, CA 94115

[X] Member   [X] Manager

Name: Katie Barry
Address: 2737 Polk St., Apt. 2
San Francisco, CA 94109

[X] Member   [ ] Manager

Name: Samantha Emley
Address: 3053 Fillmore St., #262
San Francisco, CA 94123

[X] Member   [ ] Manager

EXECUTED this 30th day of September 2016.

*(signature)*

Andrew Abraham
Organizer