# EXHIBIT B

Interested in a BOTA? Contact us @ botabackpack@gmail.com



HOME    SHOP ⌄    CONTACT US ⌄    ABOUT    ACCOUNT    FOLLOW BABE BLOG    BOTA WEAR CART 

# TEAM BOTA

Alexa and Katie



Mayra



HOME    SHOP    CONTACT US    ABOUT US    BOTA BABES BLOG

© 2020 BOTA BACKPACK.

Exhibit B