# EXHIBIT I

Interested in a BOTA? Contact us @ botabackpack@gmail.com



HOME   SHOP   CONTACT US   ABOUT US   ACCOUNT   BOTA BABES   FOLLOW BLOG   CART





$80.00

SOLD OUT

Exhibit I

*\*\*\*Interested in this bag? Contact us @ botabackpack@gmail.com\*\*\**



Our high-contrast vegan hydration backpack. This vegan backpack comes with hydration pack included. The best backpack for all around sustainable fashion.

Small Batch Fashion - Made in a run of 100

*\*this is the new hydration backpack\**

- Black vegan leather exterior; Red vegan leather interior
- Silver Hardware
- Main compartment
    - 9" Width
    - 4" Depth
    - 10.5" Height
- Interior pocket 1
    - 6" wide x 4.5" tall
- Interior pocket 2:
    - Hidden pocket behind hydration pack along the back of the bag
    - Spans back of bag
- Adjustable size zippers
- Magnetic snap closure
- 3 elastic bands for hydration straw
- Adjustable straps lengths between 24" - 30"

This backpack includes a 1.5 liter hydration pack.

All backpacks are vegan and come with a hydration pack.



Exhibit I

## Share the Adventure

- SHARE ON FACEBOOK
- TWEET TO FOLLOWERS
- PIN ON PINTEREST
- SEND VIA EMAIL
- COPY LINK

# Hydration Backpacks



HOME   SHOP   CONTACT US   ABOUT US   BOTA BABES BLOG

© 2020 BOTA BACKPACK.

Exhibit I